Thomas E. Campagne #065375
Mary F. Lerner #235951
Campagne, Campagne & Lerner
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECIL SHAW, | ) Case No. 1:13-CV-00457-LJO-GSA<br>)<br>) **STIPULATION AND ORDER**<br>) **EXTENDING TIME FOR ALL**<br>) **DEFENDANTS TO RESPOND TO**<br>) **COMPLAINT AND CONTINUING**<br>) **MANDATORY SCHEDULING**<br>) **CONFERENCE** |
| Plaintiff, | |
| vs. | |
| A.B. BRAR, INC., a California corporation, dba TINY MART #1; 3441 SOUTH WILLOW INVESTMENTS, L.P., A CALIFORNIA LIMITED PARTNERSHIP; | |
| Defendants. | |

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

WHEREAS, Plaintiff, Cecil Shaw ("Plaintiff") and Defendants A.B. Brar, Inc., a California corporation dba Tiny Mart #1, and 3441 South Willow Investment, L.P., a California Limited Partnership (collectively "Defendants," and together with Plaintiff, "the Parties") stipulated to an extension of time wherein Defendants' response to the Complaint is currently due on or before July 1, 2013;

WHEREAS, the Mandatory Scheduling Conference is currently set for July 2, 2013, and the Mandatory Joint Scheduling Conference Statement must therefore be filed on or before June 25, 3013;

WHEREAS, the parties are involved in meaningful settlement negotiations and wish to avoid incurring additional fees and unnecessarily utilizing judicial resources while they explore, and hopefully finalize, a settlement.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate as follows:

1. To an additional extension of time for Defendants to respond to the Complaint herein, through and including July 19, 2013, which extension exceeds the maximum 28 days permissible without leave of Court; and

2. That the mandatory scheduling conference currently set for July 2, 2013 be continued to a date after July 26, 2013, at the Court's convenience.

Dated: June 21, 2013                 Campagne, Campagne & Lerner
                                     A Professional Corporation


                                     By  /s/ Mary F. Lerner
                                         Mary F. Lerner
                                     Attorneys for Defendants A.B. Brar, Inc. dba Tiny Mart #1; 3441 South Willow Investment, L.P., Partnership

Dated: June 21, 2013                 Moore Law Firm, P.C.


                                     By  /s/ Tanya E. Moore
                                         Tanya E. Moore
                                     Attorneys for Plaintiff Cecil Shaw

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

# ORDER

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that Defendants' response to the Complaint herein is now due on or before July 19, 2013.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for July 2, 2013 is continued to August 7, 2013 at 9:30 a.m., in Courtroom 10. The Scheduling Conference Statement is to be filed no less than seven (7) days prior to the date of the conference.

IT IS SO ORDERED.

Dated:   **June 25, 2013**             **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617