Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>A. B. BRAR, INC., a California corporation, dba TINY MART #1, et al.,<br><br>　　　　Defendants. | No. 1:13-cv-00457-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff CECIL SHAW and Defendants A. B. BRAR, INC., DBA TINY MART #1, and 3441 SOUTH WILLOW INVESTMENTS, L.P., A CALIFORNIA LIMITED PARTNERSHIP, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: July 15, 2013　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　Cecil Shaw

*Shaw v. A. B. Brar, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

| | |
|---|---|
| Date: July 15, 2013 | CAMPAGNE, CAMPAGNE & LERNER, A.P.C. |
| | |
| | */s/ Mary F. Lerner* |
| | Mary F. Lerner |
| | Attorneys for Defendants |
| | A.B. Brar, Inc., dba Tiny Mart #1, and 3441 South Willow Investments, L.P., A California Limited Partnership |

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.


IT IS SO ORDERED.

Dated:   **July 15, 2013**                              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

*Shaw v. A. B. Brar, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 2